UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

SAYE HENRY GOFAN, JR.,             Case No. 25-mc-0057 (LMP)

    Plaintiff,

v.

JOHNSON, LT.; J. PARELTA;            **ORDER**
ANGELA KRUYER; UNKNOWN
METRO TRANSIT POLICE OFFICERS,
2; LUCAS, OFFICER; ANDREA
BROKEN, EXTRA SPACE STORAGE;
and UNKNOWN U.S. MARSHALS,

    Defendants.

---

Plaintiff Saye Henry Gofan, Jr. is currently prohibited from bringing new cases in this District unless he is represented by counsel or obtains prior written authorization from a judicial officer of this District. *See Gofan v. Minnesota*, No. 25-cv-2078, ECF No. 5 (DSD/LIB) (D. Minn. May 14, 2025). This matter is before the Court on Gofan's filing of a new complaint, ECF No. 1, which the Court construes as a request for authorization to file a new civil action.

Upon review, the Court concludes that the proposed civil action lacks an arguable basis either in fact or in law and therefore is frivolous. *See Coppedge v. United States*, 369 U.S. 438, 444-45 (1962); *Neitzke v. Williams*, 490 U.S. 319, 325 (1989). The Court consequently denies the request for authorization, denies Gofan's request to proceed *in forma pauperis*, ECF No. 3, and orders that this proceeding be closed. The Court also

certifies that any appeal taken from this denial would not be in good faith, and thus any request to proceed *in forma pauperis* on appeal will be denied on that basis. *See* Fed. R. App. P. 24(a)(3)(A); 28 U.S.C. § 1915(a)(3).

    **LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: August 7, 2025

                                            _____
                                            Laura M. Provinzino
                                            United States District Judge